United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-20-692 |
| | § | |
| | § | |
| MARIO HERRERA | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 85). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 19, 2025 |
| Responses are to be filed by: | June 2, 2025 |
| Pretrial conference is reset to**:** | **June 9, 2025, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 16, 2025, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final pretrial conference.

SIGNED on February 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge